NEW YORK LINEN SUPPLY & LAUNDRY COMPANY, INC., Appellant, v. VICTOR LAPAYOVER and Others, Respondents.— Order denying motion for injunction *pendente lite* reversed on the law and facts, without costs, and motion granted. Under the contract of employment between plaintiff and defendant Lapayover, the plaintiff was clearly entitled to the relief prayed for. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

OPPENHEIM, COLLINS & COMPANY, BROOKLYN, Respondent, v. LIBERTY EXPORT AND IMPORT CORPORATION, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

EDWARD PEARSON, an Infant, by GUSTAV E. PEARSON, His Guardian ad Litem, Respondent, v. SAMUEL ROSENBLUM, Appellant, Impleaded with HELEN ROONEY, Defendant. (Appeal No. 1.) — Order denying motion to open default reversed on the law and facts, without costs; motion to open default granted, without costs, and judgment vacated upon condition that appellant within five days pay $25 costs, and upon the further condition that appellant within five days file a surety company undertaking in the sum of $1,500, conditioned to pay any judgment that plaintiff may obtain on a new trial. Appellant allowed twenty days in which to answer. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice before Mr. Justice Kelby.

EDWARD PEARSON, an Infant, by GUSTAV E. PEARSON, His Guardian ad Litem, Respondent, v. SAMUEL ROSENBLUM, Appellant, Impleaded with HELEN ROONEY, Defendant. (Appeal No. 2.) — Order in so far as it denies motion to compel the sheriff to pay to the city chamberlain certain money deposited in lieu of bail reversed on the law and facts, and motion granted. The order in so far as it denies appellant's motion to substitute a bail bond for the deposit is also reversed on the law and facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur. Settle order on notice before Mr. Justice Kelby.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN GREENBLATT, Appellant, Impleaded with Others.— Appeal dismissed on default. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JENNIE HOCHMAN, Appellant.— Judgment of the Court of Special Sessions convicting defendant of violation of the Penal Law, section 2040,* affirmed. No opinion. Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ., concur.

*Added by Laws of 1920, chap. 131, as amd. by Laws of 1920, chap. 951.— [REP.